| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | AMBER L. ROLLER, CA Bar No. 273354 |
| | amber.roller@ogletree.com |
| 3 | J. NICHOLAS MARFORI, CA Bar No. 311765 |
| | nicholas.marfori@ogletree.com |
| 4 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 5 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 6 | |
| 7 | Attorneys for Defendant |
| | LFS Development, LLC |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gilbert Salinas,<br><br>    Plaintiff,<br><br>    v.<br><br>LFS Development, LLC, a Delaware Limited Liability Company; and Does 1-10;<br><br>    Defendants. | Case No. '21CV298 CAB BGS<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT IN COMPLIANCE WITH FRCP 7.1**<br><br>[*Filed concurrently with Civil Cover Sheet; Notice of Removal; Notice of Parties with Financial Interest*]<br><br>Complaint Filed: January 14, 2021<br>Trial Date: None<br><br>District Judge: TBD<br>Magistrate Judge: TBD |

Case No. _____

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT IN COMPLIANCE WITH FRCP 7.1

46059535_1.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant LFS Development, LLC ("Defendant") states that Defendant is a Delaware limited liability company whose ultimate parent companies are LPP Lane Field South, LLC and Winslow Investment Corporation. No publicly-held company owns 10% or more of Defendant's stock or ownership interest.

Respectfully submitted,

DATED: February 18, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ J. Nicholas Marfori
J. Nicholas Marfori

Attorneys for Defendant
LFS Development, LLC
Email: nicholas.marfori@ogletree.com

46059535.1